E-FILED
Friday, 09 May, 2008  04:51:25 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| PATSY MESTER, EVERETT LINGLEO, TERRY DAVIS and RICHARD HAYNES, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No.  08-3080 |
| E. JACOB RETTBERG, JUDI BIVIN, RONALD JOMBOCK, O. ALLEN BUTCHER, FRANK MAYNERICH, M. TODD HATALLA, GARRY WHITSON and MICHAEL McCARTHY, Individually and as Board members of the Otter Lake Water Commission, OTTER LAKE WATER COMMISSION, ADGPTV, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**MOTION PURSUANT TO RULE 12(b)(6) OF THE FEDERAL RULES
OF CIVIL PROCEDURE TO DISMISS THE COMPLAINT**

Defendants, Otter Lake Water Commission, ADGPTV, and E. Jacob Rettberg, Judi Bivin, Ronald Jombock, O. Allen Butcher, Frank Maynerich, M. Todd Hatalla, Garry Whitson and Michael McCarthy, by their attorney, John M. Myers, respectfully submit this Motion to Dismiss the Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and state as follows:

1.   Count I of the Complaint fails to state a civil rights lawsuit against individual defendants, because the individual defendants have absolute immunity for legislative acts.

2.    Count I fails to state a claim under 42 U.S.C. §1983 because it fails to allege any property right that has been taken by the Defendants.

3.    Count II fails to state a claim for inverse condemnation/regulatory taking because it properly alleges neither a physical invasion of property nor the utter destruction of the plaintiffs' property.

4.    Count II fails to state a claim against the individual Defendants, who as members of a legislative body, are improper Defendants in an inverse condemnation/regulatory taking proceeding.

5.    A Memorandum of Law accompanied by Ordinance Nos. 2001-01 and 2007-02 of the Defendant Otter Lake Water Commission, ADGPTV, is submitted herewith.

WHEREFORE, the Complaint, and both counts thereof, should be dismissed with prejudict.

                    E. JACOB RETTBERG, JUDI BIVIN, RONALD JOMBOCK, O. ALLEN BUTCHER, FRANK MAYNERICH, M. TODD HATALLA, GARRY WHITSON and MICHAEL McCARTHY, Individually and as Board members of the Otter Lake Water Commission, OTTER LAKE WATER COMMISSION, ADGPTV,

                    Defendants,

By:___/s/ John M. Myers _____
      One of Their Attorneys

John M. Myers
Rabin, Myers & Hanken, P.C.
1300 South Eighth St.
Springfield, IL 62703
217.544.5000
217.544.5017 (fax)
jmyers@springfieldlaw.com