# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | | |
|---|---|---|
| PATSY MESTER, EVERETT LINGLEO, TERRY DAVIS and RICHARD HAYNES, | ) ) ) | |
| **Plaintiffs,** | ) ) ) | |
| v. | ) ) | Case No. 08-3080 |
| JAKE RETTBERG, JUDY BIVIN, RONALD JOMBOCK, ALLEN BUTCHER, FRANK MAYNERICH, TODD HATALLA, GARY WHITSON, and MICHAEL MCCARTHY, Individually and as Board members of the Otter Lake Water Commission, OTTER LAKE WATER COMMISSION, ADGPTV, | ) ) ) ) ) ) ) ) ) ) | |
| **Defendants.** | ) | |

## JOINTLY PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 26(f) and Local Rules 26.2, a meeting was held on August 19, 2008 between Gordon W. Gates, counsel for Plaintiffs and John Myers, counsel for Defendant. The parties have agreed upon the following discovery plan and scheduling deadlines.

A. In this matter Plaintiffs contend that Defendant violated 42 USC 1983 and also effected an inverse condemnation/regulatory taking by passage of an ordinance prohibiting certain sales and assignments of property in the Otter Lake Campground. Discovery will be needed on the customs and practices of Defendant and of Plaintiffs regarding assignment of leases and sales of property. Discovery will also be needed regarding the rationale for the

ordinances in question. Defendant will require discovery regarding the expectations and intentions of the Plaintiffs, their actions in the past with respect to the campground, their present campground leases, and generally, the allegations in the complaint regarding the Plaintiffs' claimed injury. At this time, the parties do not believe that discovery should be conducted in phases, that a protective order will be necessary or that any changes should be made to discovery limits imposed by the rules, but the parties reserve the right to seek these forms of relief from the Court at a future time. At this time, the parties do not foresee any issues regarding disclosure, discovery or maintenance of electronically stored information.

B. The parties have agreed to exchange Rule 26(a)(1) disclosures by September 9, 2008.

C. The deadline for adding parties will be September 30, 2008.

D. The deadline for amending the pleadings will be October 20, 2008.

E. Plaintiffs will provide their Rule 26(a)(2) expert materials to Defendant by December 1, 2008.

F. Defendant will provide their Rule 26(a)(2) expert materials to Plaintiffs by January 5, 2009.

G. All discovery will be completed by, and all discovery motions will be filed by, May 29, 2009.

H. Dispositive motions will be due June 26, 2009.

I. This matter will be ready for trial August 24, 2009. Plaintiffs expect the presentation of their case to take 2 days: Defendant expects the presentation of its case to

take 1 day.


Dated:   August 19, 2008.             /s/ Gordon W. Gates
                                      Attorney for Plaintiffs
                                      Gates, Wise & Schlosser, P.C.
                                      1231 South Eighth Street
                                      Springfield, IL 62703



Dated:  August 19, 2008.              /s/ John Myers
                                      Attorney for Defendant
                                      Rabin, Myers & Hanken, PC
                                      1300 South Eighth Street
                                      Springfield, IL 62703

**PROOF OF SERVICE**

The undersigned certifies that on August 20, 2008, the foregoing instrument was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

**John J. Myers**
**Rabin, Myers & Hanken, P.C.**
**1300 South Eighth Street**
**Springfield, IL 62703**


   /s/ Gordon W. Gates

Gordon W. Gates (#6192861)
*GATES, WISE & SCHLOSSER, P.C.*
1231 South Eighth Street
Springfield, IL 62703
*Telephone: (217) 522.9010*
*Facsimile: (217) 522.9020*